JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**MARIAM SEYED-ALI**, an individual;

            Plaintiff,

     v.

**HIRERIGHT, LLC; ASTRAZENECA PHARMACEUTICALS LP,** inclusive;

            Defendants.

CASE NO. 2:25-CV-03755-PA-MAA

**ORDER DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT HIRERIGHT, LLC AND ASTRAZENECA PHARMACEUTICALS LP**

1    Pursuant to the JOINT STIPULATION TO DISMISS ACTION WITH
2  PREJUDICE AS TO DEFENDANT HIRERIGHT, LLC AND ASTRAZENECA
3  PHARMACEUTICALS LP filed by Plaintiff MARIAM SEYED-ALI and Defendants
4  HIRERIGHT, LLC and ASTRAZENECA PHARMACEUTICALS LP, **it is hereby**
5  **ordered that Plaintiff's claims are DISMISSED WITH PREJUDICE as to**
6  **Defendant HIRERIGHT, LLC and ASTRAZENECA PHARMACEUTICALS**
7  **LP .** Each party to bear its own costs.

8

9

10    DATED:  January 09, 2026        BY:  _____

11                                             PERCY ANDERSON
12                                         United States District Judge